IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:26-953 |
| | ) | |
| v. | ) | **ORDER FOR BENCH WARRANT** |
| | ) | |
| RICHARD CHANNING SHEALY | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, RICHARD CHANNING SHEALY, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

UNITED STATES MAGISTRATE JUDGE

October 21, 2026

Columbia, South Carolina

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: Scott Matthews

Jonthan Scott Matthews (#13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: jonathan.matthews2@usdoj.gov